UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles L. Heimark, d/b/a Heimark Foods,

      Plaintiff,                                  Civil No.05-1329 (RHK/AJB)

vs.                                                            **ORDER**

Zurich US, d/b/a Zurich Group-Minneapolis,

      Defendant.

---

Based on the Stipulation of Dismissal (Doc. No. 4), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and without costs to either party.

Dated: September 16, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge